UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIN GENAO,<br><br>         Plaintiff,<br><br>-against-<br><br>JUDGE MICHELLE SWEETING, *Family Court*,<br><br>         Defendant. | 19-CV-10629 (CM)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued November 18, 2019, dismissing the complaint without prejudice,

   IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 18, 2019
     New York, New York

                    COLLEEN McMAHON
                    Chief United States District Judge